1983 Form

W

# In the United States District Court
# For the Northern District of Alabama

FILED
2016 NOV -9 A 10: 47
U.S. DISTRICT COURT
N.D. OF ALABAMA

Martiniz Curry

CV-16-P-1819-W

(Enter above the full name(s) of the
plaintiff(s) in this action)

v

Felicia Thrower
Cassandra Johnson
Janice Fox

(Enter above full name(s) of the
defendant(s) in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (X)

   B.  If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1.  Parties to this previous lawsuit

       Plaintiff(s): _____

       Defendant(s): _____

   2.  Court (if Federal Court, name the district; if State Court, name the county)

       _____

   3.  Docket Number _____

   4.  Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? 0

6. Approximate date of filing lawsuit 0

7. Approximate date of disposition 0

II. Place of present confinement  A.D.O.C. Bibb County Correctional Facility

A. Is there a prisoner grievance procedure in this institution?
Yes (✓)   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )   No (✓)

C. If your answer is YES:

1. What steps did you take? 0

2. What was the result? 0

D. If your answer is NO, explain why not? This matter is not with prison officials

III. Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s)  Martiniz Curry

Address  565 Bibb Lane, Brent AL. 35034

-2-

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant Felicia Thrower
   is employed as Community Corrections Officer
   at Etowah County Community Corrections
C. Additional Defendants Cassandra "Sam" Johnson (Etowah County Circuit Clerk,) Janice Fox (Community Corrections Officer)

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On May 4, 2016 During a revocation hearing in the Etowah County Circuit Court, Etowah County Alabama, In Judge William Olgetree court room, my alternative sentence of 2013 to serve (3) years on The Etowah County Community Corrections Program was "revoked" and I was ordered to serve the remaining portion of my (3) years that was back dated by the Judge for time served from August 2013 in the Alabama Department of Corrections. Which would have only been (1) month remaining to serve Ending my sentence in June 2016 and being placed on probation as stated by District Attorney Marcus Reid During the revocation hearing. During said hearing Mrs. Thrower and Ms. Fox of Community Corrections, that they did not

- 3 -

Honor the judges order. After my revocation sentencing and Judge imposed order, Mrs. Thrower & Ms. Fox along with Circuit Clerk Cussandra Johnson proved to take matters into there own hands. I remained in the Etowah County Jail for (3) weeks before being transported to the Alabama Department of Corrections, "Kilby Correctional Facility" for evaluation

V. **RELIEF**

State briefly ~~exactly~~ what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am asking the court to take immediate action upon the defendents, who have caused mental, emotional and social stress, punitive damages resulting from maliciously prosecuting me by amending 6 months to my 3 year sentence, without a courts order, and Due to their wrongful action I am asking for monetary relief in the amount of $150,000.00 ( One hundred and fifty thousand dollars). Compensation for this cruel and unusual punishment.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                    (date)

Martinize Curry

Signature(s)

## Statement of Claim
### Continued

At that time I was made aware by Kilbys Correctional Facilities Classification Officers That I had been charged with Escape and (6) mon and (26) days had been amended to my sentence, and that it does not indicate it was amended by the Sentencing Judge. I shows that it was sent by the Circuit Clerk and Felicia Thrower of Etowah County Community Corrections.

I am asking of This court to take immediate action pertaining to this matter, and to review the responses of the parties, to determine where, how, when, and who actually acted in this Malacious prosecution.

Respectfully Submitted
Martinez Curry

Martiniz Curry E3-3B#291501
565 Bibb Lane
Brent, AL 35034

Legal Mail

"This ... ...
an Alabama State Prison. The contents have
not been ... ... the Alabama
Department ... ...
for the ... ... the enclosed
communication."

United States District Court
Northern District
1729 5th Ave. North
Birmingham AL 35203